In the Matter of the Appraisal of the Estate of FREDERICK G. BOURNE,

Deceased, under the Acts in Relation to the Taxable Transfers of Property. ARTHUR K. BOURNE and Another, as. Executors, etc., Appellants; STATE TAX COMMISSION, Respondent. Order of the Surrogate's Court of Suffolk county affirmed, with ten dollars costs and disbursements payable out of the estate. No opinion. Blackmar, P. J., Putnam, Kelly, Jaycox and Manning, JJ., concur.